1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY FRAZIER, | No. 2:23-cv-04073-JAK (JCx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| TOBY MAZZIE, JR.; and DOES 1 to 10, | **JS-6** |
| Defendants. | |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

Judgment is entered in favor of Plaintiff and against Defendant, Toby Mazzie, Jr., in this matter. Defendant shall make the entrance to the Business located at 619 N. Croft Ave., West Hollywood, CA, compliant with the Americans with Disabilities Act. Defendant shall pay to Plaintiff $1700, as an award of attorney's fees, and $527 in costs, for a total of $2227.

**IT IS SO ORDERED.**

Dated: December 7, 2023

John A. Kronstadt
United States District Judge